UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SCOTT GILMOR, on behalf of himself
and all others similarly-situated,

                Case No.: 22-cv-00727 (JMA)(LGD)

               Plaintiff,

     -against-

             **NOTICE OF ACCEPTANCE OF JUDGMENT PURSUANT TO RULE 68**

AERO SNOW REMOVAL LLC d/b/a
AERO SNOW REMOVAL TEMP PERSONNEL, LLC,

               Defendant.
----------------------------------------------------------------X

     **PLEASE TAKE NOTICE THAT**, Plaintiff Scott Gilmor, by and through his undersigned attorneys, accepts Defendant's Offer of Judgment, dated November 22, 2022, and further states as follows:

1.     Plaintiff filed the instant action on February 9, 2022.

2.     On November 22, 2022, Defendant served an Offer of Judgment in this action pursuant to Federal Rule of Civil Procedure ("FRCP") via ECF. *See* Exhibit A.

3.     Pursuant to FRCP 68, Plaintiff hereby timely serves written notice of his acceptance of the offer via ECF.

4.     The Judgment amount identified herein must be delivered to Plaintiff's counsel on or before December 23, 2022.

Dated: Syosset, New York
       November 23, 2022

               Respectfully submitted,
               BELL LAW GROUP, PLLC

               By: */s/ Frank J. Tantone*
               Frank J. Tantone, Esq.
               *Attorneys for Plaintiff*
               ft@Belllg.com

To:    All Counsel of Record via ECF