UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCOTT GILMOR, on behalf of himself
and all others similarly-situated,

                              Plaintiff,

        -against-

AERO SNOW REMOVAL LLC d/b/a
AERO SNOW REMOVAL TEMP PERSONNEL, LLC,

                              Defendant.
------------------------------------------------------------------X

Case No.: 22-cv-00727 (JMA)(LGD)

**SATISFACTION OF JUDGMENT PURSUANT TO RULE 68**

      **PLEASE TAKE NOTICE THAT**, Plaintiff Scott Gilmor, by and through his undersigned attorneys, states as follows:

1. Defendant served Plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") via ECF on December 6, 2022, which stated in part that payment of $25,000, was due to Plaintiff's counsel on or before January 5, 2023, in exchange for full release of the claims cited in this case.

2. Plaintiff served Defendant with a Notice of Acceptance of this Offer pursuant to FRCP 68 via ECF on December 9, 2022.

3. As of the date of this filing, Defendant has satisfied this Judgment, and the present case may be dismissed with prejudice.

Dated: Syosset, New York
         December 15, 2022

                                                      Respectfully submitted,
                                                      BELL LAW GROUP, PLLC

                                                      FRANK J. TANTONE, ESQ.

                                                      *Attorneys for Plaintiff*
                                                      ft@Belllg.com

To:    All Counsel of Record via ECF

4880-3008-5947, v. 1